# Exhibit C

building.                                                                7.3K  👁  05:00



**Resistance News Network**

🔴 Martyr Abu Ali Mustafa Brigades (PFLP):
—

The Al-Aqsa Flood battle is the battle of the Palestinian people and all the resistance forces.

In light of the heroic scenes drawn by the heroes of resistance on our occupied lands, and the moments of pride and dignity they inaugurate, and the heroic epic they are waging, we, in the Martyr Abu Ali Mustafa Brigades, affirm the following:

1. This heroic battle marks the beginning of the defeat of this enemy and its departure from our land and will not be erased from the consciousness and sentiment of the Arab nation.
2. We declare a state of maximum alert among our fighters, and we work on the ground in several axes alongside our comrades in blood and arms.
3. We stand with our brothers in the Al-Qassam Brigades and with all the resistance forces, and we merge with them in this battle that will be recorded in history.
4. We call on all resistance forces inside and outside Palestine to take their positions in the confrontation trench that now extends throughout the region.

Glory to the martyrs and victory to the resistance.
What is coming is greater.

Martyr Abu Ali Mustafa Brigades
Occupied Palestine
7-10-2023                                                     7.4K  👁  05:04



**Resistance News Network**

🔶 National Resistance Brigades (Martyr Omar Al-Qasim Forces):
—

The National Resistance Brigades (Martyr Omar Al-Qasim Forces),