# Exhibit D



**NSJP Material**



**Hamas Material**