Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Fred Full at 703-299-2105.

Account Number: 2832842
Court: VIRGINIA EASTERN DISTRICT COURT
Amount: $405.00
Tracking Id: AVAEDC-9503304
Approval Code: 143710
Card Number: ************2566
Date/Time: 05/01/2024 02:24:50 ET

NOTE: This is an automated message. Please do not reply