## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:24-cv-724 , Case Name Maya Parizer et. al. v. AJP Educational Foundation et al.

Party Represented by Applicant: Plaintiffs Maya Parizer et. al.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Zachary Ryan Needell

Bar Identification Number 1011742 State Florida

Firm Name Greenberg Traurig, P.A.

Firm Phone # 954.765.0500 Direct Dial # 954.768.5244 FAX # 954.765.1477

E-Mail Address zachary.needell@gtlaw.com

Office **Mailing** Address jennifer.shiner@gtlaw.com

Name(s) of federal district court(s) in which I have been admitted Southern District of Florida, Eastern District of Michigan

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Zachary Needell  Digitally signed by Zachary Needell
Date: 2024.05.01 08:31:46 -04'00'

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) _____ May 3, 2024

Jason B. Torchinsky (Date)

(Typed or Printed Name) 47481

(VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____ _____
(Judge's Signature) (Date)