# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MAYA PARIZER, ADIN GESS, NOACH NEWMAN, NATALIE SANANDAJI, YONI DILLER, DAVID BROMBERG, LIOR BAR OR, ARIEL EIN-GAL, and HAGAR ALMOG

*Plaintiff(s)*

v.

AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE and NATIONAL STUDENTS FOR JUSTICE IN PALESTINE

*Defendant(s)*

Civil Action No. 1:24-cv-724

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE
6404 Seven Corners Pl
Ste. N
Falls Church, VA 22044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
JASON TORCHINSKY
2300 N. Street NW
Suite 643
Washington D.C. 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   5/1/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:24-cv-724

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AJP Educational Foundation, Inc. a/k/a American Muslims for PALESTINE
was received by me on *(date)* 05/02/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Osama Avuirshaid as Executive Director , who is designated by law to accept service of process on behalf of *(name of organization)* AJP Educational Foundation a/k/a American Muslims for Palestine on *(date)* 05/06/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/06/2024

*Melissa Torres*
Server's signature

Melissa Torres, Process Server
Printed name and title

7665 Helmsdale Pl, Manassas, VA 20109
Server's address

Additional information regarding attempted service, etc:
Service address: 6404-N Seven Corners Pl, Falls Church, VA 22044