**From:** Jonathan Fahey <jfahey@HoltzmanVogel.com>
**Sent:** Wednesday, May 22, 2024 3:04 PM
**To:** Christina Jump <Cjump@clcma.Org>
**Cc:** Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Mark Goldfeder <mark@jewishadvocacycenter.org>; scott.bornstein@gtlaw.com; David Schoen <schoenlawfirm@gmail.com>; Samira Elhosary <selhosary@clcma.org>
**Subject:** RE: Request for Service (Parizer, et. al. v. AJP Educational Foundation, Inc. , et. al.)

**GRAPHUS EMAIL PROTECTION**
**Warning:** Sender @jfahey@HoltzmanVogel.com is not yet trusted by your organization.
Please be careful before replying or clicking on the URLs.
- Looks Suspicious - - Looks Good -
powered by Graphus®

Hi Christina,

We do not object to your request for a 45-day extension.

Thank you.

Jonathan Fahey

Jonathan Fahey
*Partner*
**Holtzman Vogel**
Office: 202.737.8808
Mobile: 703.687.2433
jfahey@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** Christina Jump <Cjump@clcma.Org>
**Sent:** Tuesday, May 21, 2024 3:24 PM
**To:** Jonathan Fahey <jfahey@HoltzmanVogel.com>
**Cc:** Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Mark Goldfeder <mark@jewishadvocacycenter.org>; scott.bornstein@gtlaw.com; David Schoen <schoenlawfirm@gmail.com>; Samira Elhosary <selhosary@clcma.org>
**Subject:** RE: Request for Service (Parizer, et. al. v. AJP Educational Foundation, Inc. , et. al.)

> Some people who received this message don't often get email from cjump@clcma.org. Learn why this is important

Counsel:

As you know, we have an upcoming response date on behalf of AMP (as the registered d/b/a of AJP) in this litigation. Since AMP was served May 6 and the 21 days expires on Memorial Day, AMP's current response deadline is May 28,

2024.  To allow for us to properly associate with local counsel and in light of the volume of allegations contained within the Complaint, we will seek an extension of 45 days.  Please advise at your earliest convenience if you are amenable to that by agreement.

Thank you.



Christina A. Jump

Civil Litigation Department Head

Muslim Legal Fund of America (MLFA)

The Constitutional Law Center for Muslims in America (CLCMA)

is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)

Email: christina.jump@mlfa.org | cjump@clcma.org

Website: https://mlfa.org/



*I work across multiple time zones and may send emails outside of standard business hours.  Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

**From:** Christina Jump <Cjump@clcma.Org>
**Sent:** Monday, May 6, 2024 7:05 PM
**To:** Jonathan Fahey <jfahey@HoltzmanVogel.com>
**Cc:** Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Mark Goldfeder <mark@jewishadvocacycenter.org>; scott.bornstein@gtlaw.com; David Schoen <schoenlawfirm@gmail.com>
**Subject:** RE: Request for Service (Parizer, et. al. v. AJP Educational Foundation, Inc. , et. al.)

Counsel:

AJP, with its d/b/a of AMP, is not the "parent organization" of NSJP.
Despite your pleadings and media tours to the contrary, zero corporate relationship exists between the two.
I do not represent NSJP, never have (though I have represented AMP/AJP for over seven years), and no, neither I nor anyone else at our organization will accept service for NSJP.

I honestly have no idea who a contact point is for NSJP, or where – but you wrongly list AMP/AJP's address – NSJP has no operations or representatives at AMP's location.
Their website lists no names, and I do not have any interactions with any representatives for them.



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/



*I work across multiple time zones and may send emails outside of standard business hours.  Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization





2

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Jonathan Fahey <jfahey@HoltzmanVogel.com>
**Sent:** Monday, May 6, 2024 5:53 PM
**To:** Christina Jump <Cjump@clcma.Org>
**Cc:** Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Mark Goldfeder <mark@jewishadvocacycenter.org>; scott.bornstein@gtlaw.com; David Schoen <schoenlawfirm@gmail.com>
**Subject:** Request for Service (Parizer, et. al. v. AJP Educational Foundation, Inc. , et. al.)

**GRAPHUS EMAIL PROTECTION**
**Warning:** Sender @jfahey@HoltzmanVogel.com has never sent any emails to your organization.
Please be careful before replying or clicking on the URLs.
- Looks Suspicious - - Looks Good -
powered by Graphus®

Dear Ms. Jump:

We represent the plaintiffs in *Parizer, et. al. v. AJP Educational Foundation, Inc. a/k/a American Muslims for Palestine and National Students for Justice in Palestine (NSJP)* (24-cv-724), filed last week in the Eastern District of Virginia. We understand that you currently represent AJP.

Earlier today, the Executive Director of AJP accepted service on behalf of AJP but declined to accept on behalf of NSJP. Given AJP's role as the parent organization of NSJP, we would like to know if you are able to accept service on behalf of NJSP. If not, we ask that you provide us with an appropriate contact to effectuate service on NSJP. Thank you very much.

Sincerely,

Jonathan Fahey

3