IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MAYA PARIZER et al., <br><br> Plaintiffs, <br><br> v. <br><br> AJP EDUCATIONAL FOUNDATION, INC. et al., <br><br> Defendants. | Civil No. 1:24-00724-RDA-IDD |

## **ORDER**

Upon consideration of Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine's ("AMP") Unopposed Motion for Extension of Time to File Responsive Pleadings, it is hereby:

ORDERED that Defendant AMP's motion is GRANTED; and further

ORDERED that Defendant AMP shall file its response by July 12, 2024.

**IT IS SO ORDERED.**

_____
United States District Court
United States District Judge

1