# Exhibit B

## Bears for Palestine Solidarity Statement: Resistance Uprising in Gaza

*"Palestine is the canvas upon which people paint their resistance"* -Ghassan Khanafani

Dear community members, allies, and fellow Palestinians:

Bears for Palestine, as a chapter of the united coalition of Students For Justice in Palestine, unequivocally denounces the occupation and its military rule. We display our unwavering support of the resistance in Gaza and the broader occupied Palestinian lands.

We recognize the apartheid regime upheld within the colonial occupation of Palestinian indigenous land as a continuous ethnic cleansing. Military violence inflicted upon Palestinians is an ongoing and daily element essential for upholding the state of Israel.

We call to attention that the Israeli occupation has created a multi-generational diaspora that is inextricably linked to the insurmountable destruction of the Palestinian way of life. Hence, Israel, as a settler colonial state, renders Palestinian existence inherently an act of resistance. We invariably reject Israel's framing as a victim. Whereas to demonize and condemn indigenous resistance is to overshadow the decades of oppression, ethnic cleansing, and destruction of the Palestinian people.

In light of Towfan Al-Aqsa [translates to Al-Aqsa flood], we recognize the Second Intifada as one of the last major historic markers of the resistance. **The occupational borders of 1967 haven't been broken like this since the Second Intifada.** Towfan Al-Aqsa now stands as a revolutionary moment in contemporary Palestinian resistance. We honor Palestinians who "are working on the ground on several axes of the so-called 'Gaza envelope' alongside our comrades in blood and arms, and what is coming is greater. Victory or martyrdom."

1



martyrdom.

Our support extends to those living under occupation and siege, Palestinian citizens of Israel, and the 7 million Palestinian refugees exiled in Jordan, Lebanon, Syria and Palestine. A refugee's right to return to their homeland is the most important aspect of justice for Palestinians everywhere. We as students possess an obligation to support the liberation movement and embody a solidarity that transpasses theory and is grounded in practice. Whereas "the truth is that we are not yet free; we have merely achieved the freedom to be free, the right not to be oppressed." - Steve Biko

The occupation and colonization is ongoing, and thus our people's freedom will not be attainable without revolution. We will continue to advocate for a free and liberated Palestine.

**We support the resistance, we support the liberation movement, and we indisputably support the Uprising.**

Gaza is the cradle of our resistance and the lifeblood of our struggle. We echo the call to action for all Arabs and Palestinians in the diaspora to rise up to support the liberation of our occupied peoples. From the River to the Sea, we will continue to support resistance until we are able to return home to a unified Palestine. Glory to Palestine, glory to the resistance, and glory to our martyrs.

Until Return and Liberation,

Bears for Palestine at UC Berkeley

NOTE: As of post October 7th, 2023 at 3pm PST, if you/your organization wishes to sign on, please use this link to record your organization's name as wished to appear in the signature list, and we will manually add it to this growing list. Thank you for your support and solidarity

*Signed in unison and unwavering solidarity,*

1. Bears for Palestine at UC Berkeley
2. Law Students for Justice in Palestine at UC Berkeley

2

*Signed in unison and unwavering solidarity,*

1. Bears for Palestine at UC Berkeley
2. Law Students for Justice in Palestine at UC Berkeley
3. Palestinian Youth Movement
4. National Students for Justice in Palestine
5. General Union of Palestine Students at SFSU
6. Students for Justice in Palestine at UCLA (UC Divest member org)
7. Students for Justice in Palestine at UC Davis
8. Students for Justice in Palestine at UC San Diego
9. Students for Justice in Palestine at UC Irvine (UC Divest member org)
10. Students for Justice in Palestine at UC Santa Barbara
11. Students for Justice in Palestine at UC Santa Cruz
12. Students for Justice in Palestine at UC Riverside
13. Students for Justice in Palestine at Stanford University
14. Students for Justice in Palestine at USC
15. Students for Justice in Palestine at San Jose State University
16. Students for Justice in Palestine at San Diego State University
17. Students for Justice in Palestine at California State University, Sacramento
18. Students for Justice in Palestine at California State University, Fullerton
19. Students for Justice in Palestine at University of Illinois Chicago
20. Students for Justice in Palestine at Occidental College
21. Students for Justice in Palestine at Brandeis Univeristy
22. Claremont Students for Justice in Palestine
23. Emory Students for Justice in Palestine
24. Southern California Students for Justice in Palestine
25. Wayne State University Students for Justice in Palestine
26. Students Allied for Freedom and Equality (SAFE) at the University of Michigan - Ann Arbor
27. Jewish Students for Palestine at Berkeley Law
28. UC Berkeley ASUC Middle Eastern, Muslim, Sikh and South Asian Committee (MEMSSA)
29. UC Berkeley ASUC Senator (Muslim Student Association Endorsed)
30. UC Berkeley Muslim Student Association
31. Iraqi Student Union at UC Berkeley
32. Faces of Afro Muslims at UC Berkeley
33. African Maghreb Student Union at UC Berkeley

3

32. Faces of Afro Muslims at UC Berkeley
33. African Maghreb Student Union at UC Berkeley
34. Threads Magazine at UC Berkeley
35. UC Berkeley Afghan Students Association
36. Muslims of Haas at UC Berkeley
37. Central Americans for Empowerment (CAFE) at UC Berkeley
38. Koreans 4 Decolonization at UC Berkeley
39. Arab Student Union at UC Berkeley
40. Asian Pacific Coalition at UCLA (UC Divest member org)
41. Health Not Punishment at UCLA (UC Divest member org)
42. Student Labor Advocacy Project of UCLA (UC Divest member org)
43. Anakbayan UCLA (UC Divest member org)
44. Graduate Students for Justice in Palestine at UCLA (UC Divest member org)
45. The Middle Eastern Student Association at UCLA
46. MEChA de UC Irvine (UC Divest member org)
47. Anakbayan at UC Irvine (UC Divest member org)
48. Afghan Student Association at UC Davis
49. Cell Block 2 City Block
50. Muslim Student Assocation at UCLA
51. Palestinian Alliance of Law Students at University of San Diego School of Law
52. Georgetown Students for Justice in Palestine
53. Students Organize for Syria at UCLA
54. International Jewish Anti-Zionist Network
55. Palestinian Public Health at UC Berkeley
56. Muslim Tech Collaborative at UC Berkeley
57. Students for Socialism
58. Palestine Solidarity Alliance of Hunter College
59. OaxaCal
60. University of California, Santa Barbara Student Commission on Racial Equity
61. Students for Justice in Palestine at the University of Virginia
62. National Lawyers Guild at UVA Law
63. UC Davis Muslim Student Association
64. Students for Justice in Palestine at the University of Columbia
65. Arab Student Union at UC Berkeley
66. Beautiful Mind Project at UC Davis
67. League of Filipino Students at UC Berkeley
68. Muslim Student Association at Berkeley High School
69. Jewish Voice for Peace at UCLA

4

45. The Middle Eastern Student Association at UCLA
46. MEChA de UC Irvine (UC Divest member org)
47. Anakbayan at UC Irvine (UC Divest member org)
48. Afghan Student Association at UC Davis
49. Cell Block 2 City Block
50. Muslim Student Assocation at UCLA
51. Palestinian Alliance of Law Students at University of San Diego School of Law
52. Georgetown Students for Justice in Palestine
53. Students Organize for Syria at UCLA
54. International Jewish Anti-Zionist Network
55. Palestinian Public Health at UC Berkeley
56. Muslim Tech Collaborative at UC Berkeley
57. Students for Socialism
58. Palestine Solidarity Alliance of Hunter College
59. OaxaCal
60. University of California, Santa Barbara Student Commission on Racial Equity
61. Students for Justice in Palestine at the University of Virginia
62. National Lawyers Guild at UVA Law
63. UC Davis Muslim Student Association
64. Students for Justice in Palestine at the University of Columbia
65. Arab Student Union at UC Berkeley
66. Beautiful Mind Project at UC Davis
67. League of Filipino Students at UC Berkeley
68. Muslim Student Association at Berkeley High School
69. Jewish Voice for Peace at UCLA
70. Students United for Palestinian Equality & Return University of Washington
71. The B-Side at Berkeley
72. Palestine Solidarty Committee, Indiana University
73. Cal Poly Southwest Asia and North Africa Club
74. MIT Coalition Against Apartheid
75. For Your Viewing Pleasure
76. Pakistani Student Association
77. Students for Justice in Palestine at Chapman University
78. Teach in Prison UC Berkeley
79. Party for Socialism and Liberation (PSL) Sacramento
80. UC Davis Arab Student Union
81. Young Democratic Socialists of America at UC Berkeley
82. Georgetown University Arab Society
83. United Afghan Club @ UCLA

5