# Exhibit E



جناب آقای سرهنگ محمد ساجدی-فر
معاون فرهنگی و عملیات روانی سپاه

موضوع: حمایت و تشویق اقدامات فلسطینی در جهت انزوای سیاسی رژیم صهیونیست

اللَّهُمَّ صَلِّ عَلَى مُحَمَّدٍ وَآلِ مُحَمَّدٍ وَعَجِّلْ فَرَجَهُمْ

با سلام و احترام، با توجه به تحولات اخیر در مسئله فلسطین اشغالی و تاثیرات روانی عملیات "طوفان الأقصی" بر جوامع فلسطینی در کشورهای اروپائی و آمریکا، مقرر شد اقدامات حمایتی قابل توجهی از راهپیمایی های 15 آوریل و غیر منظور را با هدف منجر به انزوای سیاسی انجام شود.

سرتیپ پاسدار محمد کاظمی
معاون فرمانده کل و رئیس سازمان اطلاعات سپاه

سرتیپ پاسدار مهدی سیاری
جانشین سازمان اطلاعات