# Exhibit F

# WHOIS search results

Domain Name: A15ACTION.COM
Registry Domain ID: 2865726453_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.squarespace.domains
Registrar URL: http://squarespace.domains
Updated Date: 2024-03-22T04:12:37Z
Creation Date: 2024-03-22T04:12:37Z
Registry Expiry Date: 2025-03-22T04:12:37Z
Registrar: Squarespace Domains LLC
Registrar IANA ID: 3827
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: 1-646-693-5324
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS-CLOUD-E1.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E2.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E3.GOOGLEDOMAINS.COM
Name Server: NS-CLOUD-E4.GOOGLEDOMAINS.COM
DNSSEC: unsigned

4/30/24, 10:33 PM
Case 1:24-cv-00724-RDA-IDD   Document 24-6   Filed 07/09/24   Page 3 of 5 PageID# 217
WHOIS search results

www.godaddy.com /whois/results.aspx

# WHOIS search results

4-5 minutes

Domain Name: strike4gaza.org

Registry Domain ID: 2ae267354ef64241a619aa03b903f0d2-LROR

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: https://www.godaddy.com

Updated Date: 2024-04-01T01:23:52Z

Creation Date: 2024-04-01T01:23:52Z

Registrar Registration Expiration Date: 2025-04-01T01:23:52Z

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited

Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited

Registry Registrant ID: CR750342302

Registrant Name: Registration Private

Registrant Organization: Domains By Proxy, LLC

Registrant Street: DomainsByProxy.com

Registrant Street: 2155 E Warner Rd

Registrant City: Tempe

Registrant State/Province: Arizona

Registrant Postal Code: 85284

Registrant Country: US

Registrant Phone: +1.4806242599

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=strike4gaza.org

Registry Admin ID: CR750342304

Admin Name: Registration Private

Admin Organization: Domains By Proxy, LLC

Admin Street: DomainsByProxy.com

Admin Street: 2155 E Warner Rd

Admin City: Tempe

Admin State/Province: Arizona

Admin Postal Code: 85284

Admin Country: US

Admin Phone: +1.4806242599

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=strike4gaza.org

Registry Tech ID: CR750342303

Tech Name: Registration Private

Tech Organization: Domains By Proxy, LLC

Tech Street: DomainsByProxy.com

Tech Street: 2155 E Warner Rd

Tech City: Tempe

Tech State/Province: Arizona

Tech Postal Code: 85284

Tech Country: US

Tech Phone: +1.4806242599

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=strike4gaza.org

3

chrome-extension://ecabifbgmdmgdllomnfinbmaellmclnh/data/reader/index.html?id=995306291&url=https%3A%2F%2Fwww.godaddy.com%2Fwhois…    2/3

Name Server: NS25.DOMAINCONTROL.COM

Name Server: NS26.DOMAINCONTROL.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2024-05-01T02:31:48Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed by the

registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its

accuracy. This information is provided for the sole purpose of assisting you in obtaining

information about domain name registration records. Any use of this data for any other purpose

is expressly forbidden without the prior written permission of this registrar. By submitting

an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not

to use this data to allow, enable, or otherwise support the dissemination or collection of this

data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone,

postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations

of any kind, including spam. You further agree not to use this data to enable high volume, automated

or robotic electronic processes designed to collect or compile this data for any purpose, including

mining this data for your own personal or commercial purposes. Failure to comply with these terms

may result in termination of access to the Whois database. These terms may be subject to modification

at any time without notice.

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information here.

chrome-extension://ecabifbgmdmgdllomnfinbmaellmclnh/data/reader/index.html?id=995306291&url=https%3A%2F%2Fwww.godaddy.com%2Fwhois… 3/3

4