# Exhibit H

JAMES COMER, KENTUCKY
CHAIRMAN

ONE HUNDRED EIGHTEENTH CONGRESS

JAMIE RASKIN, MARYLAND
RANKING MINORITY MEMBER

# Congress of the United States
## House of Representatives

COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY
2157 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6143

MAJORITY  (202) 225-5074
MINORITY  (202) 225-5051

https://oversight.house.gov

May 29, 2024

National Students for Justice in Palestine
c/o Dr. Osama Abuirshaid
Executive Director
American Muslims for Palestine[1]
6404 Seven Corners Pl., Ste. N
Falls Church, VA 22044

Dear Dr. Abuirshaid:

      The Committee on Oversight and Accountability is conducting oversight of the funding sources of groups supporting illegal activities across the country, including at institutions of higher education, by individuals spouting pro-Hamas propaganda and engaged in antisemitic harassment and violations of the civil rights of Jewish students. Since the October 7, 2023, terror attack on Israel by Hamas, antisemitic incidences have skyrocketed in the United States.[2] At illegal encampments on college campuses, many individuals have championed antisemitic rhetoric calling for the elimination of Jewish people from Israel, employing "From the river to the sea, Palestine will be free" and "Death to Israel" as rallying cries.[3] The Committee is particularly concerned that organizations promulgating pro-Hamas propaganda and engaging in illegal activities at institutions of higher education might be receiving funding or other support from foreign or domestic sources which support the aims of Hamas[4] or other foreign terrorist organizations. We therefore seek documents and information from your organization to facilitate oversight into how pro-Hamas propaganda and illegal encampments are being funded.

      National Students for Justice in Palestine (National SJP), which is founded and controlled by American Muslims for Palestine (AMP),[5] is one group claiming to "support[] over two hundred Palestine solidarity organizations on college campuses across occupied Turtle Island (U.S. and Canada)."[6] It has recently released statements, some purportedly signed by various campus chapter organizations, expressing support for the "Popular University for Gaza, a

---

[1] American Muslims for Palestine is the controlling entity of National Students for Justice in Palestine, see *Parizer v. AJP Educational Foundation, Inc.*, No. 1:24-cv-00724 (E.D. Va. 2024).
[2] Gabriella Borter, *US antisemitic incidents hit record high in 2023 amid war in Gaza, report says*, REUTERS (Apr. 16, 2024).
[3] Cathryn J. Prince, *As Columbia anti-Israel encampment endures, Jewish students horrified by 'Judenrein' campus*, THE TIMES OF ISRAEL (Apr. 25, 2024).
[4] *See*, U.S. DEP'T OF STATE, BUREAU OF COUNTERTERRORISM, Designated Foreign Terrorist Organizations, *available at* https://www.state.gov/foreign-terrorist-organizations/.
[5] See *Parizer v. AJP Educational Foundation, Inc.*, No. 1:24-cv-00724 (E.D. Va. 2024).
[6] Nat'l Students for Justice in Palestine, Who Are We?: Our Mission, *available at* https://nationalsjp.org/about.

Dr. Osama Abuirshaid
May 29, 2024
Page 2 of 4

coordinated pressure campaign against university administrations and trustees to immediately divest from the [I]sraeli state"[7] and pledging, "[a]s we across Turtle Island (the so-called [U]nited [S]tates and [C]anada) and around the world establish encampments and popular, liberated spaces on our campuses…" to "completely divest our tuition dollars from—and to cut all institutional ties to—the zionist entity as well as all companies complicit in the colonization of Palestine."[8]  Individuals previously affiliated with Hamas-backed charities are providing the trainings, materials, and financial support to college campus protests.[9]

National SJP's new publication, "The Written Resistance", curiously began in September 2023, mere days before the October 7th terrorist attacks.[10]  This publication hosts various authors, including editorials from the "Editorial Board" of National SJP.  One such editorial from April 2024 positively cites quotes from Mao Tse Tung—an individual directly responsible for the repression and deaths of tens of millions of people[11]—in its efforts to promote the "struggle for liberation against Zionism and US imperialism..."[12]

National SJP founder Dr. Hatem Bazian serves as the Chairman of the National Board of AMP, further solidifying the current relationship between National SJP and AMP.[13]  AMP has substantial ties to Hamas via its financial sponsor, Americans for Justice in Palestine Educational Foundation, Inc. (AJP), a 501(c)(3) non-profit organization.[14]  AJP is currently under investigation by the Virginia Attorney General for violating state charitable solicitation laws and "benefitting or providing support to terrorist organizations."[15]  Reportedly, current AMP board members have been involved in fundraising for Hamas charities.[16]

According to the Anti-Defamation League, AMP is the alter ego of the Islamic Association of Palestine (IAP), once the main propaganda arm for Hamas in the U.S., which was

---

[7] Nat'l Students for Justice in Palestine, National SJP Announces the Popular University for Gaza (Apr. 20, 2024), *available at* https://nationalsjp.org/popular-university-for-gaza.
[8] Nat'l Students for Justice in Palestine, Open Letter from Students for Justice in Palestine to Universities (Apr. 21, 2024), *available at* https://nationalsjp.org/popular-university-for-gaza-open-letter.
[9] *From Ivory Towers to Dark Corners: Investigating the Nexus Between Antisemitism, Tax-Exempt Universities, and Terror Financing: Hearing Before H. Comm. On Ways & Means,* 118th Cong. 5 (Nov. 15, 2023) (statement of Jonathan Schanzer, Senior Vice President for Research, Foundation for the Defense of Democracies).
[10] Nat'l Students for Justice in Palestine, The Written Resistance: Est. 2023, *available at* https://nationalsjp.org/twr.
[11] *See* Ilya Somin, *Remembering the biggest mass murder in the history of the world*, WASH. POST (Aug. 3, 2016).
[12] Nat'l Students for Justice in Palestine, The Written Resistance, Issue 3 (Apr. 2024), *available at* https://drive.google.com/file/d/1F55MYJNSoFgm-NKI7HM4Wch3-iGKHFrS/view.
[13] Dan Diker & Jamie Berk, *Students for Justice in Palestine Unmasked: Terror links, Violence, Bigotry, and Intimidation on US Campuses,* Jerusalem Center for Public Affairs (Jun. 15, 2018); *see also* American Muslims for Palestine, Our Team, *available at* https://www.ampalestine.org/about-amp/our-team.
[14] The Inst. for the Global Study of Global Antisemitism & Policy, *National Students for Justice in Palestine: Antisemitism, Anti-Americanism, Violent Extremism and the Threat to North American Universities,* 4 (May 2024); see also *supra* n. 5.
[15] News Release, Commonwealth of Va. Off. of Attorney Gen., Attorney General's Office Opens Investigation into American Muslims for Palestine Nonprofit (Oct. 31, 2023), *available at* https://www.oag.state.va.us/media-center/news-releases/2630-october-31-2023-attorney-generals-office-opens-investigation-into-american-muslims-for-palestine-nonprofit.
[16] *Supra* n. 9.

Dr. Osama Abuirshaid
May 29, 2024
Page 3 of 4

dissolved in 2004 after being implicated in terror finance.[17] Several of IAP's employees and officers went on to found AMP as the rebranded material support arm for Hamas.[18] AMP is also linked to the Holy Land Foundation (HLF), which sent approximately $12.4 million outside the U.S. to support Hamas.[19] Like IAP, HLF was founded by members of Hamas senior leadership[20] and was shut down due to five of its officers being convicted for terror financing.[21] Four former employees of HLF now work for AMP, which frequently sponsors events featuring past leaders of HLF and their families.[22]

To assist the Committee's oversight of this matter, please provide the following documents and information, covering the time period January 1, 2023, to the present, as soon as possible but no later than June 12, 2024:

1. All documents and communications related to National SJP's funding;

2. All documents and communications related to any National SJP policy, procedure, or standard operating practice to conduct due diligence or otherwise ensure that funding received by National SJP complies with all relevant laws related to terrorist financing;

3. All documents and communications related to the October 7, 2023, terrorist attack by Hamas, including, but not limited to, documents and communications related to National SJP's public facing responses to the October 7, 2023, terrorist attack by Hamas;

4. All documents and communications related to the promotion by National SJP of illegal activity or activity providing material support to terrorist organizations including, but not limited to, Hamas; and

5. All documents and communications, regardless of topic, created on or sent between October 6, 2023 – October 8, 2023, inclusive.

To ask any follow-up questions, or arrange for the delivery of responsive documents, please contact Committee on Oversight and Accountability staff at (202) 225-5074. The Committee on Oversight and Accountability is the principal oversight committee of the U.S. House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X. Thank you in advance for your cooperation with this inquiry.

---

[17] Anti-Defamation League, *American Muslims for Palestine* (Sept. 17, 2014), *available at* https://www.adl.org/resources/profile/american-muslims-palestine.
[18] *Supra* n. 9; *see also supra* n. 5.
[19] *Supra* n. 9.
[20] *Supra* n. 5.
[21] Press Release, U.S. Dep't of Justice, Federal Judge Hands Down Sentences in Holy Land Foundation Case (May 27, 2009), *available at* https://www.justice.gov/opa/pr/federal-judge-hands-downs-sentences-holy-land-foundation-case.
[22] *Supra* n. 9.

Dr. Osama Abuirshaid
May 29, 2024
Page 4 of 4

                                              Sincerely,

                                              James Comer
                                              Chairman
                                              Committee on Oversight and Accountability

cc:      The Honorable Jamie B. Raskin, Ranking Member
           Committee on Oversight and Accountability