# Exhibit I

# Congress of the United States
## Washington, DC 20515

May 14, 2024

The Honorable Janet Yellen
Secretary
Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

Dear Secretary Yellen:

The Committee on Oversight and Accountability and the Committee on Education and the Workforce have grave concerns about the ongoing chaos and related illegal and antisemitic activities taking place on an increasing number of campuses across the country. The Committees are investigating the sources of funding and financing for groups who are organizing, leading, and participating in pro-Hamas, antisemitic, anti-Israel, and anti-American protests with illegal encampments on American college campuses. This investigation relates both to malign influence on college campuses and to the national security implications of such influence on faculty and student organizations.

The Committees are considering potential legislation to strengthen federal transparency laws regarding foreign funding at institutions of higher education. We will also examine and make recommendations regarding federal laws and regulations to ensure that financial institutions have the proper internal controls and compliance programs to alert federal agencies of potential malign influence at these institutions. Pursuant to 31 CFR § 1010.950(c), which provides that you "may make any information set forth in any report received pursuant to this chapter available to the Congress, or any committee or subcommittee thereof, upon a written request stating the particular information desired, the criminal, tax or regulatory purpose for which the information is sought, and the official need for the information," we make this request for certain records and information in Treasury's custody.

To assist with the Committees' investigation, please produce the following documents and information no later than May 28, 2024:

All Suspicious Activity Reports (SARs) generated in connection to the following organizations, or any known officer or employee thereof:

1. Students for Justice in Palestine (including any individual chapter thereof);

2. Jewish Voice for Peace (including any individual chapter thereof);

3. Within Our Lifetime;

4. American Muslims for Palestine;

5. IfNotNow;

6. Open Society Foundations;

7. Rockefeller Brothers Fund;

8. Tides Foundation;

9. Bill & Melinda Gates Foundation;

10. Solidaire Action;

11. Libra Foundation;

12. Westchester Peace Action Committee Foundation;

13. Muslim Community Network;

14. Council on American-Islamic Relations;

15. Center for Popular Democracy;

16. Peace Action New York State;

17. People's Forum;

18. Samidoun

19. Adalah Justice Project; and

20. Palestine Legal.

Congress' oversight powers are derived from the U.S. Constitution and have been repeatedly affirmed by the United States Supreme Court.[1] The Committee on Oversight and Accountability is the principal oversight committee of the U.S. House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X. Also under House Rule

---

[1] *See generally* U.S. CONST. art. I, § 8, cl. 8; McGrain v. Daugherty, 273 U.S. 135, 174 (1927) (holding that "the power of inquiry—with process to enforce it—is an essential and appropriate auxiliary to the legislative function"); Eastland v. U.S. Servicemen's Fund, 421 U.S. 491, 504 (1975) (holding that "the power to investigate is inherent in the power to make laws"); Barenblatt v. United States, 360 U.S. 109, 111 (1959) (holding that "the scope of power of inquiry … is as penetrating and far-reaching as the potential power to enact and appropriate under the Constitution.").

X, the Committee on Education and the Workforce has legislative and oversight jurisdiction over "education or labor generally."[2]

In the meantime, should you have any questions please contact Isaiah Knox at isaiah.knox@mail.house.gov or 202-225-4527 with the Committee on Education and the Workforce or Reagan Dye at reagan.dye@mail.house.gov or 202-225-5074 with the Committee on Oversight and Accountability.

Sincerely,

James Comer
Chairman
Committee on Oversight and Accountability

Virginia Foxx
Chairwoman
Committee on Education and the Workforce

cc: The Honorable Jamie Raskin, Ranking Member
Committee on Oversight and Accountability

The Honorable Robert C. "Bobby" Scott, Ranking Member
Committee on Education and the Workforce

---

[2] *Rules of the House of Representatives: One Hundred Eighteenth Congress*, U.S. HOUSE OF REP. 7 (Jan. 10, 2023), https://rules.house.gov/sites/republicans.rules118.house.gov/files/documents/Rules%20and%20Resources/118-House-Rules-Clerk.pdf.