# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

MAYA PARIZER, *et al.*,

    PLAINTIFFS,

    v.

AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE, *et al.*,

    DEFENDANTS.

CASE NO. 1:24-cv-00724-RDA-IDD

**DEFENDANT AJP EDUCATIONAL FOUNDATION, INC.'s
MOTION TO DISMISS UNDER RULES 12(b)(1) AND 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine ("AMP"), respectfully moves the Court to dismiss Plaintiffs' First Amended Complaint (ECF No. 24), which consists of Counts 1 and 2, with prejudice.

The Court does not have subject matter jurisdiction over Plaintiff's claim under the Alien Tort Statute, 28 U.S.C. § 1350. Also, Plaintiffs' First Amended Complaint does not state a cause of action under either the Anti-Terrorism Act, 18 U.S.C. § 2333(d) or the Alien Tort Statute, 28 U.S.C. § 1350.

AMP is not responsible for the October 7 attacks. Plaintiffs' lawsuit is directed at the wrong party.

AMP submits an accompanying memorandum in support.

AMP requests an oral hearing for this matter and submits a notice of hearing herewith.

DATED: August 6, 2024.                Respectfully Submitted,

/s/ George R. A. Doumar\_\_\_\_
George R.A. Doumar, Va. Bar 26490
Raj H. Patel, Va Bar 87893
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

Christina A. Jump
(*pro hac vice*)
Samira S. Elhosary
(*pro hac vice*)
Constitutional Law Center
for Muslims in America
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org

COUNSEL FOR DEFENDANT
AJP EDUCATIONAL FOUNDATION, INC. d/b/a
AMERICAN MUSLIMS FOR PALESTINE

## CERTIFICATE OF SERVICE

I certify that on August 6, 2024, I sent this motion via the Court's electronic filing system to all counsel of record.

/s/ George R. A. Doumar
George R.A. Doumar, Va. Bar 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

COUNSEL FOR DEFENDANT
AJP EDUCATIONAL FOUNDATION, INC. d/b/a
AMERICAN MUSLIMS FOR PALESTINE