IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAYA PARIZER, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:24-cv-724 RDA/IDD<br>) |
| AJP EDUCATIONAL FOUNDATION, INC., *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER**

This matter is before the Court on WESPAC Foundation's Consent Motion for Extension of Time to File Response to Plaintiffs' Amended Complaint ("Motion") [Dkt. No. 37]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED.** Defendant WESPAC Foundation shall file its response to the Amended Complaint no later than September 12, 2024.

ENTERED this 14th day of August 2024.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia