UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Maya Parizer, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AJP Educational Foundation, et al.,<br><br>    Defendants. | Case No.1:24-cv-724-RDA-IDD |

**BRIEF IN SUPPORT OF MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT ZAREFAH BAROUD**

Plaintiffs respectfully move the Clerk of this Court to enter Defendant Zarefah Baroud's default pursuant to Federal Rule of Civil Procedure 55(a) because Defendant Baroud has failed to timely answer or respond to Plaintiffs' First Amended Complaint. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Moreover, "[a] defendant must serve an answer . . . within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i). Because Defendant Baroud has failed to do so, Acres Decl. ¶¶ 7–8, the Clerk should enter her default.

Plaintiffs filed their First Amended Complaint on July 9, 2024. ECF No. 24. The Court issued a summons to Defendant Baroud on July 11, 2024. ECF No. 30. Based on Plaintiffs' research, Defendant Baroud currently lives with her parents in the Seattle, Washington, metropolitan area. Acres Decl. ¶ 3. Plaintiffs timely served Defendant Baroud on July 20, 2024, by substitute service on her mother and co-resident, Susan Baroud, at her current residential address, 23524 3rd Place West, Bothell, Washington 98021. Acres Decl. ¶ 6; *see also* ECF No. 40 at 3; Va. Code §§ 8.01-296(2)(a), -320(A). Defendant Baroud's answer or response was due on

August 10, 21 days from the date of service. Acres Aff. ¶ 7; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i). However, to this date, Defendant Baroud has failed to respond to Plaintiffs' First Amended Complaint. Acres Decl. ¶ 8.

Accordingly, Plaintiffs respectfully move the Clerk to enter Defendant Baroud's default pursuant to Federal Rule of Civil Procedure 55(a) because Defendant Baroud "has failed to plead or otherwise defend" against Plaintiffs' First Amended Complaint.

Dated: September 5, 2024

Respectfully submitted,

*Counsel for Plaintiffs Maya Parizer, Ariel Ein-Gal, Hagar Almog, Adin Gess, Noach Newman, Natalie Sanandaji, Yoni Diller, David Bromberg, and Lior Bar Or*

By: */s/ Jason Torchinsky*
       JASON TORCHINSKY

**GREENBERG TRAURIG, LLP**
SCOTT BORNSTEIN*
bornsteins@gtlaw.com
RICHARD EDLIN*
edlinr@gtlaw.com
RICHARD ROSENBAUM*
rosenbaumr@gtlaw.com
HAL SHAFTEL*
shaftelh@gtlaw.com
One Vanderbilt Avenue
New York, New York 10017
T. 212.801.9200

**GREENBERG TRAURIG, P.A.**
BRADFORD KAUFMAN*
kaufmanb@gtlaw.com
777 South Flagler Drive,
Suite 300 East West Palm
Beach, Florida 33401
T. 561.650.7900
ZACHARY NEEDELL*
zachary.needell@gtlaw.com
401 East Las Olas
Boulevard, Suite 2000 Fort
Lauderdale, Florida 33301
T. 954.765.0500

**LAW OFFICES OF DAVID SCHOEN**
DAVID SCHOEN*
schoenlawfirm@gmail.com
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
T. 334.395.6611

**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC**
JASON TORCHINSKY
Va. Bar No. 47481
jtorchinsky@holtzmanvogel.com
JONATHAN FAHEY
Va. Bar No. 44854
jfahey@holtzmanvogel.com
ERIELLE DAVIDSON*
edavidson@holtzmanvogel.com
2300 N. Street NW, Suite 643
Washington D.C. 20037
PHILLIP GORDON
Va. Bar No. 95621
pgordon@holtzmanvogel.com
JOHN CYCON
Va. Bar No. 100104
jcycon@holtzmanvogel.com
DANIEL BRUCE
Va. Bar No. 98120
dbruce@holtzmanvogel.com
15405 John Marshall Hwy
Haymarket, VA 20169
T. 202.737.8808

**NATIONAL JEWISH ADVOCACY CENTER**
MARK GOLDFEDER*
mark@jewishadvocacycenter.org
BEN SCHLAGER*
ben@jewishadvocacycenter.org
ANAT BECK*
Anat@jewishadvocacycenter.org
National Jewish Advocacy Center, Inc.
International Legal Forum
1718 General George Patton Drive
Brentwood, TN 37027
T. (800) 269-9895

*Admitted Pro Hac Vice*

## Certificate of Service

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason Torchinsky*
JASON TORCHINSKY
Va. Bar No. 47481
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC**
2300 N. Street NW, Suite 643
Washington D.C. 20037
T. 202.737.8808
jtorchinsky@holtzmanvogel.com

*Counsel for Plaintiffs*