IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAYA PARIZER *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:24-cv-724 RDA/IDD </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**AMENDED ORDER OF PUBLICATION**

The objects of this suit are to obtain compensatory damages, treble damages, and judgment against the Defendants for injuries to Plaintiffs by alleged violations of the Anti-Terrorism Act, 18 U.S.C. § 2333(d), and the Alien Tort Statute, 28 U.S.C. § 1350, and such other and further relief as justice requires.

Upon consideration of Plaintiffs' Motion for Extension of Time to Serve Defendant National Students for Justice in Palestine ("NSJP") and to Serve NSJP by Publication and Plaintiffs' Memorandum of Law and Declaration in support thereof, as well as Plaintiffs' Motion to Amend Order of Publication and Plaintiffs' Memorandum of Law in support thereof, and pursuant to the Virginia Code § 8.01-317, IT IS HEREBY **ORDERED**:

1. That a copy of this Order be published in *The Washington Times* or *The Washington Post* once per week for four consecutive weeks, commencing within twenty-eight (28) days after entry of this Order;

    2. That a declaration be filed on Plaintiff's behalf, no later than five (5) days after the completion of the above-stated provisions of this Order, describing the steps that have been taken to comply with this Order;

    3. That Plaintiffs have filed a Complaint in this Court charging Defendants with violations of the Anti-Terrorism Act, 18 U.S.C. § 2333(d) and the Alien Tort Statute, 28 U.S.C. § 1350; and

    4. That Defendant NSJP shall appear and protect its interests, including filing any answer or other response to the Complaint with the Clerk of Court, at the United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314, on or before the 50th day after the entry of this Amended Order. If no appearance or pleading is filed as required by the Order, this Court may render a judgment against NSJP.

    ENTERED this 6th day of September 2024.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia