# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MAYA PARIZER, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE, *et al.*,<br><br>DEFENDANTS. | CASE NO. 1:24-cv-00724-RDA-IDD |

## MOTION TO DISMISS UNDER RULES 12(b)(1), 12(b)(2), 12(b)(4), 12(b)(5) AND 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(1)-(2) and 12(b)(4)-(6), Defendant Dr. Hatem Bazian respectfully moves the Court to dismiss Plaintiffs' lawsuit against him, for the reasons set forth in the accompanying Memorandum of Points and Authorities filed herewith.

Dr. Bazian requests a hearing for this matter and submits a notice of hearing.

DATED: September 9, 2024.            Respectfully Submitted,

/s/ George R. A. Doumar_____
George R.A. Doumar, Va. Bar No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

/s/ Christina A. Jump_____
Christina A. Jump
(*pro hac vice*)
Samira S. Elhosary
(*pro hac vice*)

        Constitutional Law Center
for Muslims in America
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org

COUNSEL FOR DEFENDANT
DR. HATEM BAZIAN

## CERTIFICATE OF SERVICE

I certify that on September 9, 2024, I served this motion via the ECF system to all Plaintiffs' counsel of record.

        George R. A. Doumar___
George R.A. Doumar, Va. Bar No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

COUNSEL FOR DEFENDANT
DR. HATEM BAZIAN