# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| MAYA PARIZER, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE, *et al.*, <br><br> DEFENDANTS. | CASE NO. 1:24-cv-00724-RDA-IDD |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Wednesday, October 9, 2024, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Defendant Dr. Hatem Bazian will present to the Court his Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1)-(2) and 12(b)(4)-(6).

DATED: September 9, 2024.                    Respectfully Submitted,

/s/ George R. A. Doumar_____
George R.A. Doumar, Va. Bar No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

/s/ Christina A. Jump_____
Christina A. Jump
(*pro hac vice*)
Samira S. Elhosary
(*pro hac vice*)
Constitutional Law Center
for Muslims in America

1

100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org

COUNSEL FOR DEFENDANT
DR. HATEM BAZIAN

## CERTIFICATE OF SERVICE

I certify that on September 9, 2024, I served this memorandum via the ECF system to all Plaintiffs' counsel of record.

George R. A. Doumar___
George R.A. Doumar, Va. Bar No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

COUNSEL FOR DEFENDANT
DR. HATEM BAZIAN