UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Court File # 1:24-cv-00724-RDA-IDD

Maya Parizer, Adin Gess, Noach Newman, Natalie Sanandaji, Yoni Diller, David Bromberg, Lior Bar Or, Ariel Ein-Gal, and Hagar Almog,

        Plaintiffs,

vs.

**AFFIDAVIT OF SERVICE**

AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, National Students For Justice In Palestine, WESPAC Foundation, Hatem Bazian, Osama Abuirshaid, Taher Herzallah, and Zarefah Baroud,

        Defendants.

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Ben Marker, state that on September 9, 2024, at 7:07 pm, I served a copy of the Summons in a Civil Action and First Amended Complaint for Damages and Jury Trial Demand with Exhibits in the above-captioned case upon Taher Herzallah therein named, at 3811 Gauvitte Street, Columbia Heights, MN 55421, in the County of Anoka, by handing to and leaving with Taher Herzallah true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: Minnesota
In the county of: Hennepin

Dated: September 9, 2024

*/s/ Ben Marker*

Ben Marker
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com