**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **MAYA PARIZER,** *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| | :    Civil No. 1:24-00724-RDA-IDD |
| v. | : |
| | : |
| **AJP EDUCATIONAL FOUNDATION, INC.,** *et al.*, | : |
| | : |
| Defendants. | : |

### LOCAL CIVIL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

WESPAC Foundation, Inc., by and through undersigned counsel, pursuant to Local Civil Rule 7.1, hereby submits its corporate affiliations and financial interest disclosure, and states as follows:

I, undersigned counsel of record for WESPAC Foundation, Inc., certify that, to the best of my knowledge and belief, WESPAC Foundation, Inc. has no parent corporation, subsidiary, or affiliate entities that have issued stock or debt securities to the public, and no publicly held company owns 10% or more of its stock.

These representations are made in order that Judges of this Court may determine the need for recusal.

DATE: September 12, 2024					Respectfully submitted,

                                              */s/ Felicity A. McGrath*
                                              Felicity A. McGrath, VSB #41708
                                              James Hittinger, VSB #81728
                                              Kiernan Trebach LLP
                                              1233 20th Street, N.W., Eighth Floor
                                              Washington, D.C. 20036
                                              (202) 712-7000
                                              (202) 712-7100 Fax
                                              fmcgrath@kiernantrebach.com
                                              jhittinger@kiernantrebach.com
                                              *Attorneys for Defendant WESPAC Foundation, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September, 2024, a copy of the foregoing *Local Civil Rule 7.1 Corporate Disclosure Statement* was electronically filed via CM/ECF, which will send notice to all counsel of record.

                                              */s/ Felicity A. McGrath*
                                              Felicity A. McGrath