IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **MAYA PARIZER**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| | : | Civil No. 1:24-00724-RDA-IDD |
| v. | : | |
| | : | |
| **AJP EDUCATIONAL FOUNDATION, INC.**, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER

Upon Consideration of Defendant WESPAC Foundation, Inc.'s Motion to Dismiss, made pursuant to Fed R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6), Plaintiffs' Opposition in Response thereto, Defendant's Reply, and it appearing to the Court based on the papers, the record herein, and applicable law that the Motion should be GRANTED; it is therefore

ORDERED, that Defendant WESPAC Foundation, Inc.'s Motion to Dismiss is GRANTED and Plaintiffs' claims against Defendant WESPAC Foundation, Inc. in their First Amended Complaint are dismissed <u>with prejudice</u>.

ENTERED this ___ day of _____, 2024

_____
The Honorable Rossie D. Alston Jr.
United States District Judge

Copies to:

All counsel of record