UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Maya Parizer, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.    1:24-cv-00724-RDA-IDD |
| AJP Educational Foundation, Inc. a/k/a American Muslims for Palestine, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

The clerk of court and all parties of record will please note that I am admitted to practice in this court, and I appear in this case as counsel for Defendants National Students for Justice in Palestine.

/s/ *Abdel-Rahman Hamed*
_____
ABDEL-RAHMAN HAMED, ESQ.
VA Bar No. 99055
*Attorney for Defendant*
**Hamed Law**
P.O. Box 25085
Washington, D.C. 20027
(202) 888-8846
advocates@hamedlaw.com

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2024, I electronically filed the foregoing document(s), that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Abdel-Rahman Hamed*

ABDEL-RAHMAN HAMED, ESQ.
VA Bar No. 99055
*Attorney for Defendant*