AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| MAYA PARIZER, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-724-RDA-IDD |
| AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE, et al. | ) ) | |
| *Defendant* | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia, et al.                                           .

Date:   09/20/2024

Kevin M. Gallagher
*Attorney's signature*

/s/ Kevin M. Gallagher (VA 87548)
*Printed name and bar number*

Virginia Office of the Attorney General
202 N. 9th Street
Ricmond, VA 23219

*Address*

kgallagher@oag.state.va.us
*E-mail address*

(804) 786-2071
*Telephone number*

*FAX number*