**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MAYA PARIZER, *et al.*, | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | ) |
| v. | )   Civil Action No. 1:24-cv-724-RDA-IDD |
| | ) |
| AJP EDUCATIONAL FOUNDATION, INC. | ) |
| a/k/a AMERICAN MUSLIMS FOR | ) |
| PALESTINE, *et al.*, | ) |
| | |
|    *Defendants*. | |

## WAIVER OF ORAL ARGUMENT

Pursuant to Local Rule 7(E) and (J), undersigned counsel submits the Motion of Commonwealth of Virginia, State of Iowa, and 20 Other States for Leave to File Brief as *Amici Curiae* (ECF No. 91) on the papers. Amici States do not request or require oral argument on their motion, unless it would please this Court otherwise. No party has objected to this waiver of oral argument.

1

Dated: September 23, 2024	Respectfully submitted,

**COMMONWEALTH OF VIRGINIA, *ET AL.***

By:   */s/ Kevin M. Gallagher*
　　　　Kevin M. Gallagher (VSB #87548)
　　　　　*Principal Deputy Solicitor General*

| | |
|---|---|
| Brenna Bird<br>　*Attorney General* | Jason S. Miyares<br>　*Attorney General* |
| Eric Wessan<br>　*Solicitor General* | Erika L. Maley (VSB #97533)<br>　*Solicitor General* |
| Office of the Attorney General<br>1305 E. Walnut St.<br>Des Moines, Iowa 50319<br>(515) 823-9117 – Telephone | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-7704 – Telephone<br>(804) 371-0200 – Facsimile |
| eric.wessan@ag.iowa.gov | EMaley@oag.state.va.us |
| *Counsel for the State of Iowa* | *Counsel for the Commonwealth of Virginia* |

## CERTIFICATE OF SERVICE

　　THIS IS TO CERTIFY that on September 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

　　　　　　　　　　　　　　　　　　  */s/ Kevin M. Gallagher*
　　　　　　　　　　　　　　　　　　Kevin M. Gallagher (VSB #87548)
　　　　　　　　　　　　　　　　　　*Counsel for the Commonwealth of Virginia*