IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAYA PARIZER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-724-RDA/IDD |
| | ) |
| AJP EDUCATIONAL FOUNDATION, INC., a/k/a AMERICAN MUSLIMS FOR PALESTINE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Consent Motion for Extension of Time to Respond to Complaint ("Motion") [Dkt. No. 94]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED.** Defendant Taher Herzallah shall file an answer to Plaintiffs' Complaint no later than October 14, 2024.

ENTERED this 25th day of September 2024.

/s/
_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia