IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAYA PARIZER, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:24-cv-724 (RDA/IDD) |
| AJP EDUCATIONAL FOUNDATION INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Motion of the Commonwealth of Virginia, State of Iowa and 20 other States (collectively, the "Amici States") for Leave to File Brief as Amici Curiae (Dkt. 91). The Amici States "have a special interest in the subject matter of the suit" and provide a "helpful analysis of the law." *Tafas v. Dudas*, 511 F. Supp. 2d. 652, 659-60 (E.D. Va. 2007). Accordingly, for good cause shown, it is hereby ORDERED that the Motion for Leave to File Brief as Amici Curiae (Dkt. 91) is GRANTED. The Amicus Brief of the Amici States (Dkt. 91-1) is deemed filed as of the date of this Order.

It is SO ORDERED.

Alexandria, Virginia
September 25, 2024

/s/
_____
Rossie D. Alston, Jr.
United States District Judge