IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MAYA PARIZER, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE, *et al.*,<br><br>DEFENDANTS. | CASE NO. 1:24-cv-00724-RDA-IDD |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Wednesday, November 13, 2024, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Defendant Dr. Osama Abuirshaid will present to the Court his Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

DATED: October 2, 2024.                    Respectfully Submitted,

/s/ George R.A. Doumar
George R.A. Doumar, VSB No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

Christina A. Jump
(*pro hac vice*)
Samira S. Elhosary
(*pro hac vice*)
Constitutional Law Center

1

        for Muslims in America[1]
        100 N. Central Expy. Suite 1010
        Richardson, Texas 75080
        Tel: (972) 914-2507
        Fax: (972) 692-7454
        cjump@clcma.org
        selhosary@clcma.org

        COUNSEL FOR DEFENDANT
        DR. OSAMA ABUIRSHAID

## CERTIFICATE OF SERVICE

I certify that on October 2, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

        /s/ George R.A. Doumar
        George R.A. Doumar, VSB No. 26490
        Doumar Martin PLLC
        1530 Wilson Boulevard, Suite 1060
        Arlington, Virginia 22209
        Tel: 703-243-3737
        Fax: 703-524-7610
        gdoumar@doumarmartin.com

        COUNSEL FOR DEFENDANT
        DR. OSAMA ABUIRSHAID

---

[1] The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America.