IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MAYA PARIZER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AJP EDUCATIONAL FOUNDATION, INC. ) <br> a/k/a AMERICAN MUSLIMS FOR ) <br> PALESTINE, et al., ) <br> ) <br> Defendants. ) | Case No. 1:24-cv-00724-RDA-IDD |

## DECLARATION OF TAHER HERZALLAH

I, Taher Herzallah, hereby declare under penalty of perjury under the laws of the United States and in accordance with 28 U.S.C. § 1746 the following:

1. I am over 18 years old, of sound mind, and make this declaration based on personal knowledge.

2. I am employed by AJP Educational Foundation Inc. d/b/a American Muslims for Palestine ("AMP") as the Director of Outreach & Grassroots Organizing.

3. I reside in Columbia Heights, Minnesota. I have lived there since July, 2022.

4. I do not have an office in Virginia.

5. I do not have a residence in Virginia.

6. Since July, 2022, I have worked from my home office in Columbia Heights, Minnesota.

7. Since 2022, I have traveled to Virginia 3 times.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Taher Herzallah

_10-11-24_____
Date Executed