IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MAYA PARIZER, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>AJP EDUCATIONAL FOUNDATION, INC.<br>a/k/a AMERICAN MUSLIMS FOR<br>PALESTINE, *et al.*,<br><br>DEFENDANTS. | CASE NO. 1:24-cv-00724-RDA-IDD |

**PRAECIPE WITH SUPPLEMENTAL AUTHORITY**

Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") files this praecipe including supplemental authority issued on December 10, 2024 that addresses liability under the Anti-Terrorism Act, pled as Count I in the Amended Complaint before this Court.

The Court in the Southern District of Florida on December 10, 2024 granted defendant's motion to dismiss plaintiffs' complaint, including for aiding and abetting liability under the Anti-Terrorism Act, in Newman et al v. Associated Press, 2024 U.S. Dist. LEXIS 223101 *; __ F.Supp.3d __; 2024 WL 5063288 (S.D. Fla.). See opinion attached hereto as Exhibit A.

The Newman case involves five of the same plaintiffs and two of the same plaintiffs' law firms that are before this Court.

1

DATED: January 10, 2025.

Respectfully Submitted,

/s/ George R. A. Doumar                    /
George R.A. Doumar, VSB No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
gdoumar@doumarmartin.com

Christina A. Jump
(*pro hac vice*)
Samira S. Elhosary
(*pro hac vice*)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org

*Attorneys for Defendants AJP Educational Foundation, Inc., Dr. Hatem Bazian, and Dr. Osama Abuirshaid*

* *The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

## CERTIFICATE OF SERVICE

I certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ George R. A. Doumar\
George R.A. Doumar, VSB No. 26490\
Doumar Martin PLLC\
1530 Wilson Boulevard, Suite 1060\
Arlington, Virginia 22209\
Tel: 703-243-3737\
Fax: 703-524-7610\
gdoumar@doumarmartin.com

COUNSEL FOR DEFENDANT AJP EDUCATIONAL FOUNDATION, INC. DR. HATEM BAZIAN, AND DR. OSAMA ABUIRSHAID