# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MAYA PARIZER, ADIN GESS, NOACH NEWMAN, NATALIE SANANDAJI, YONI DILLER, DAVID BROMBERG, LIOR BAR OR, ARIEL EIN-GAL, and HAGAR ALMOG, <br><br> Plaintiffs, <br><br> v. <br><br> AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE, NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, WESPAC FOUNDATION, HATEM BAZIAN, OSAMA ABUIRSHAID, TAHER HERZALLAH, and ZAREFAH BAROUD, <br><br> Defendants. | Civil No. 1:24-cv-00724-RDA-IDD |

## MEMORANDUM IN SUPPORT OF PHILLIP M. GORDON'S MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1, Phillip M. Gordon respectfully requests this Court's permission to withdraw as counsel for Plaintiffs Maya Parizer, Adin Gess, Noach Newman, Natalie Sanandaji, Yoni Diller, David Bromberg, Lior Bar Or, Ariel Ein-Gal, and Hagar Almog (collectively, "Plaintiffs"). Mr. Gordon is no longer with the law firm of Holtzman Vogel Baran Torchinsky & Josefiak, PLLC ("Holtzman Vogel"), and will no longer be representing Plaintiffs. Holtzman Vogel attorneys Jason B. Torchinsky, Jonathan Fahey, John Cycon, Erielle Davidson, and Daniel Bruce will continue to serve as counsel of record for Plaintiffs.

Accordingly, Mr. Gordon respectfully requests that the Court enter an order allowing him to withdraw as counsel. A proposed order is attached hereto.

1

Dated: January 30, 2025

                Respectfully submitted,

                By: */s/ Phillip M. Gordon*

                PHILLIP M. GORDON

| | |
|---|---|
| Phillip M. Gordon (Va. Bar No. 95621)<br>**NAMAN HOWELL SMITH & LEE**<br>400 Austin Ave., Suite 800<br>Waco, TX 76701<br>Phone: 254.755.4100<br>Fax: 254.754.6331<br>pgordon@namanhowell.com | Jason Torchinsky (Va. Bar No. 47481)<br>Jonathan Fahey (Va. Bar No. 44854)<br>John Cycon (Va. Bar No. 100104)<br>Erielle Davidson\*<br>Daniel Bruce (Va. Bar No. 98120)<br>**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC**<br>2300 N. Street NW, Suite 643<br>Washington, D.C. 20037<br>15405 John Marshall Hwy<br>Haymarket, VA 20169<br>Phone: 202.737.8808 |

\**Admitted Pro Hac Vice*

## Certificate of Service

I hereby certify that on January 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Phillip M. Gordon*
>Phillip M. Gordon
>**NAMAN HOWELL SMITH & LEE**
>400 Austin Ave., Suite 800
>Waco, TX 76701
>Phone: 254.755.4100
>Fax: 254.754.6331
>pgordon@namanhowell.com
>
>*Counsel for Plaintiffs*