# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

MAYA PARIZER, *et al.*,

    PLAINTIFFS,

    v.

AJP EDUCATIONAL FOUNDATION, INC.
a/k/a AMERICAN MUSLIMS FOR
PALESTINE, *et al.*,

    DEFENDANTS.

CASE NO. 1:24-cv-00724-RDA-IDD

## PRAECIPE WITH SUPPLEMENTAL AUTHORITY

Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") files this praecipe including supplemental authority issued on January 31, 2025, addressing liability under the Alien Tort Statute ("ATS"), pled in Count II of the Amended Complaint before this Court.

The Western District of Washington recently dismissed an ATS case brought by three of the same firms representing Plaintiffs in this case, finding that the plaintiff there failed to state a claim for aiding and abetting liability. *Jan v. People Media Project*, No. 3:24-cv-05553-TMC, 2025 U.S. Dist. LEXIS 18021 (W.D. Wash. Jan. 31, 2025).[1] Defendant AMP commends the court's reasoning in *Jan* to this Court, as it speaks directly to the claims in this litigation.[2]

---

[1] Opinion attached hereto as Exhibit A.
[2] Plaintiffs' recent Notice of Supplemental Authority, on the other hand, bears no relevance to this Court's consideration of the claims presented in this lawsuit because it turns on greatly differing facts, which have nothing to do with advocacy or the First Amendment. Doc. 147.

DATED: March 21, 2025.

Respectfully Submitted,

/s/ George R. A. Doumar_____
George R.A. Doumar, VSB No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
gdoumar@doumarmartin.com

Christina A. Jump
(*pro hac vice*)
Samira S. Elhosary
(*pro hac vice*)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org

*Attorneys for Defendants AJP Educational
Foundation, Inc.*

*\* The Constitutional Law Center for Muslims
in America is the legal division of the Muslim
Legal Fund of America*

## CERTIFICATE OF SERVICE

I certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ George R. A. Doumar_____
George R.A. Doumar, VSB No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

COUNSEL FOR DEFENDANT AJP
EDUCATIONAL FOUNDATION, INC.