**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

MAYA PARIZER, *et al.*,

      PLAINTIFFS,

      v.

AJP EDUCATIONAL FOUNDATION, INC.
a/k/a AMERICAN MUSLIMS FOR
PALESTINE, *et al.*,

      DEFENDANTS.

CASE NO. 1:24-cv-00724-RDA-IDD

## PRAECIPE WITH SUPPLEMENTAL AUTHORITY

Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") files this praecipe including supplemental authority issued on May 5, 2025, dismissing claims against AMP under the Anti-Terrorism Act ("ATA"). *Gerwaski v. State of Nevada, et al.*, 2025 U.S. Dist. Lexis 84645 (D. Nev. May 5, 2025), attached as Ex. A hereto.

Plaintiffs in this case plead the same cause of action against AMP under Count I of this case. The plaintiffs' factual allegations in the two cases also dovetail with each other. Judge Gordon in *Gerwaski* quotes plaintiff in that case alleging that AMP (as well as National Students for Justice in Palestine ("NSJP")) operates a "propaganda machine for Hamas" with that plaintiff citing "27 pages of extensive facts creating a direct nexus" between Hamas and AMP. Ex. A at 3, 10. *See* First Amended Complaint in this case, Dkt. 24, at pp. 3, 4, 7, 8, 9, 12, 13 (some of the dozens of references to AMP and propaganda).

1

The _Gerwaski_ Court, citing _Twitter, Inc., v Taamneh_, 598 U.S. 471 (2023), held that liability requires that "defendant consciously and culpably participated in a wrongful act so as to help make it succeed." _Id._ at 9.    Despite its extensive factual allegations, plaintiff did not allege "any actions by the [AMP] that substantially assisted the October 7, 2023 act of international terrorism," and the Court dismissed the ATA claim.

In addition, the _Gerwaski_ Court relied on First Amendment protections, _citing Snyder v. Phelps_, 562 U.S. 443 (2011), _NAACP v Claiborne Hardware Co._, 458 U.S. 886 (1982), and _Brandenburg v. Ohio_, 395 U.S. 444, 447 (1969).   Under the First Amendment, allegations that AMP provided support to terrorists (_id_. at 14), was "globalizing the intifada" (_id_. at 17) and made statements such as "We Will Take Back Palestine" (_id_. at 18) all constitute protected speech.    The Court carefully distinguished between AMP and NSJP but concluded that NSJP's "Day of Resistance Toolkit" and statements that it was part of the "Unity Intifada" --  allegations rehashed repeatedly in this case -- warranted protection as free speech under the First Amendment.   _See_ Opinion at Ex. A, at 3, 15; _see also_ First Amended Complaint in this case, Dkt 24, at pp. 3, 33-36, and Exhibit A thereto (dozens of references to the same "Toolkit"), and at 3, 34-35, 48 (multiple references to "Unity Intifada."). Although the _Gerwaski_ plaintiff alleged substantial connections between defendants and their rhetoric and Hamas' support of the defendants' activities, the _Gerwaski_ court found the extensive allegations did not "plausibly show that AMP provided personnel or services to Hamas rather than independent advocacy." _Id._ at 15.

AMP undisputedly advocates in the United States for Palestinian rights.    But as Judge Gordon held in _Gerwaski_, that advocacy does not plausibly show that AMP assisted in the October 7, 2023 attacks or consciously participated in those acts as required under the ATA.   That conclusion is common sense; a U.S. non-profit, operating in the United States with no personnel

overseas, cannot reasonably be presumed to have substantially assisted in the surprise attack in Israel on October 7, 2023.


DATED: May 12, 2025.

Respectfully Submitted,

/s/ George R. A. Doumar_____
George R.A. Doumar, VSB No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
gdoumar@doumarmartin.com

Christina A. Jump
(*pro hac vice*)
Samira S. Elhosary
(*pro hac vice*)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org

*Attorneys for Defendants AJP Educational Foundation, Inc.*

*\* The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ George R. A. Doumar_____
George R.A. Doumar, VSB No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

COUNSEL FOR DEFENDANT AJP
EDUCATIONAL FOUNDATION, INC.