## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **MAYA PARIZER**, *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| : | |
| v. : | Civil No. 1:24-00724-RDA-IDD |
| : | |
| **AJP EDUCATIONAL FOUNDATION,** : | |
| **INC.**, *et al.*, : | |
| : | |
| **Defendants.** : | |

## PRAECIPE WITH SUPPLEMENTAL AUTHORITY

Defendant WESPAC Foundation, Inc. ("WESPAC"), by counsel, files this Praecipe identifying and including supplemental authority, issued on June 13, 2025 in the matters of *Ronen Heimann v. Codepink Women for Peace, et al*., 2:24-cv-05704-SVW-PVC (C.D. Cal.), and *StandWithUs Center for Legal Justice v. CodePink, et al*., 2:24-cv-06253-SVW-PVC (C.D. Cal.), noted by the Court to be companion cases, that address certain of the issues before this Court raised by WESPAC in its Motion to Dismiss, including lack of personal jurisdiction. *See* "Opinions," attached hereto as Exhibit A.

Both Orders base the dismissal of actions against WESPAC, in part, on the lack of personal jurisdiction.

DATE: June 18, 2025                                          Respectfully submitted,

                                              */s/James T. Hittinger*
Felicity A. McGrath, VSB #41708
James T. Hittinger, VSB #81728
KIERNAN TREBACH LLP
1233 20th Street, N.W., Eighth Floor
Washington, D.C. 20036
(202) 712-7000; (202) 712-7100 Fax
fmcgrath@kiernantrebach.com
jhittinger@kiernantrebach.com
*Attorneys for Defendant WESPAC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 18, 2025, a copy of the foregoing *Defendant WESPAC Foundation's Praecipe with Supplemental Authority* was electronically filed via CM/ECF, which will send notice to all counsel of record.

                                              */s/James T. Hittinger*
James T. Hittinger

2