IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAYA PARIZER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-724 (RDA/IDD) |
| ) | |
| AJP EDUCATIONAL FOUNDATION, ) | |
| INC. a/k/a AMERICAN MUSLIMS FOR ) | |
| PALESTINE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on Plaintiffs' Motion for Scheduling Order (Dkt. 125). In light of the Court's August 15, 2025 Memorandum Opinion and Order granting Defendants' Motions to Dismiss (Dkt. 161), the Court will dismiss Plaintiffs' Motion for Scheduling Order as moot.

Accordingly, for the foregoing reasons, it is hereby ORDERED that Plaintiffs' Motion for Scheduling Order (Dkt. 125) is DISMISSED AS MOOT.

It is SO ORDERED.

Alexandria, Virginia
August 15, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge