IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MAYA PARIZER, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE, *et al.*, <br><br> DEFENDANTS. | CASE NO. 1:24-cv-00724-RDA-IDD |

**PRAECIPE FOR ENTRY OF FINAL ORDER**

Pursuant to Fed. R. Civ. P. 41(b) and 58(d), Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") respectfully requests as follows:

1. On August 15, 2025, the Court entered a Memorandum Opinion and Order (Dkt. 161) granting all Defendants' motions to dismiss, dismissing Plaintiffs' Amended Complaint without prejudice, and directing Plaintiffs to file any Second Amended Complaint within thirty (30) days.

2. More than thirty (30) days have passed since entry of that Order. Plaintiffs did not file a Second Amended Complaint and the dismissal should be converted to a dismissal with prejudice and final order.

WHEREFORE, AMP respectfully requests that the Court enter a final order dismissing this action with prejudice and closing this case pursuant to Fed R. Civ. P. 41(b) and 58(d).

1

DATED: October 8, 2025.

Respectfully Submitted,

/s/ George R. A. Doumar
George R.A. Doumar, VSB No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
gdoumar@doumarmartin.com

Christina A. Jump
(*pro hac vice*)
Samira S. Elhosary
(*pro hac vice*)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org

*Attorneys for Defendant AJP Educational Foundation, Inc.*

* *The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

## CERTIFICATE OF SERVICE

I certify that on October 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

        /s/ George R. A. Doumar\_\_\_ _____
        George R.A. Doumar, VSB No. 26490
        Doumar Martin PLLC
        1530 Wilson Boulevard, Suite 1060
        Arlington, Virginia 22209
        Tel: 703-243-3737
        Fax: 703-524-7610
        gdoumar@doumarmartin.com

        COUNSEL FOR DEFENDANT AJP
        EDUCATIONAL FOUNDATION, INC.