IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAYA PARIZER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-724 (RDA/IDD) |
| | ) |
| AJP EDUCATIONAL FOUNDATION, | ) |
| INC. a/k/a AMERICAN MUSLIMS FOR | ) |
| PALESTINE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court upon Defendants' Praecipe for Entry of Final Order. Dkt. 163. On August 15, 2025, this Court issued a Memorandum Opinion and Order granting Defendants' Motions to Dismiss and dismissing Plaintiffs' Amended Complaint without prejudice. Dkt. 161. The Court granted Plaintiffs leave to file any second amended complaint on or before September 14, 2025. *Id.* at 48. As of the date of this Order, Plaintiffs have not filed a second amended complaint. Accordingly, it is hereby

ORDERED that that the Clerk of Court shall administratively close this case and place it among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
October 15, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge