# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MAYA PARIZER, ADIN GESS, NOACH NEWMAN, NATALIE SANANDAJI, YONI DILLER, DAVID BROMBERG, LIOR BAR OR, ARIEL EIN-GAL, and HAGAR ALMOG, <br><br> Plaintiffs, <br><br> v. <br><br> AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE, NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, WESPAC FOUNDATION, HATEM BAZIAN, OSAMA ABUIRSHAID, TAHER HERZALLAH, and ZAREFAH BAROUD, <br><br> Defendants. | Civil No. 1:24-cv-00724-RDA-IDD |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Maya Parizer, Adin Gess, Noach Newman, Natalie Sanandaji, Yoni Diller, David Bromberg, Lior Bar Or, Ariel Ein-Gal, and Hagar Almog (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully appeal to the United States Court of Appeals for the Fourth Circuit from the Court's October 15, 2025, Order (ECF No. 164) granting Defendants' Praecipe for Entry of Final Order and "administratively clos[ing] this case," and the Court's August 15, 2025, Memorandum Opinion and Order (ECF No. 161) dismissing Plaintiffs' Amended Complaint without prejudice, which represent a final judgment of the district court.

DATED: November 7, 2024

1

Respectfully submitted,

*Counsel for Plaintiffs Maya Parizer, Ariel Ein-Gal, Hagar Almog, Adin Gess, Noach Newman, Natalie Sanandaji, Yoni Diller, David Bromberg, and Lior Bar Or*

By: */s/ Jason Torchinsky*
    JASON TORCHINSKY

| | |
|---|---|
| **GREENBERG TRAURIG, LLP**<br>SCOTT BORNSTEIN*<br>bornsteins@gtlaw.com<br>RICHARD EDLIN*<br>edlinr@gtlaw.com<br>RICHARD ROSENBAUM*<br>rosenbaumr@gtlaw.com<br>HAL SHAFTEL*<br>shaftelh@gtlaw.com<br>One Vanderbilt Avenue<br>New York, New York 10017<br>T. 212.801.9200<br><br>**GREENBERG TRAURIG, P.A.**<br>BRADFORD KAUFMAN*<br>kaufmanb@gtlaw.com<br>777 South Flagler Drive,<br>Suite 300 East West Palm<br>Beach, Florida 33401<br>T. 561.650.7900<br>ZACHARY NEEDELL*<br>zachary.needell@gtlaw.com<br>401 East Las Olas<br>Boulevard, Suite 2000 Fort<br>Lauderdale, Florida 33301<br>T. 954.765.0500<br><br>**LAW OFFICES OF DAVID SCHOEN**<br>DAVID SCHOEN*<br>schoenlawfirm@gmail.com<br>2800 Zelda Road, Suite 100-6<br>Montgomery, Alabama 36106<br>T. 334.395.6611<br><br>*Admitted Pro Hac Vice | **HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC**<br>JASON TORCHINSKY<br>Va. Bar No. 47481<br>jtorchinsky@holtzmanvogel.com<br>JONATHAN FAHEY<br>Va. Bar No. 44854<br>jfahey@holtzmanvogel.com<br>ERIELLE DAVIDSON*<br>edavidson@holtzmanvogel.com<br>2300 N. Street NW, Suite 643<br>Washington D.C. 20037<br>JOHN CYCON<br>Va. Bar No. 100104<br>jcycon@holtzmanvogel.com<br>DANIEL BRUCE<br>Va. Bar No. 98120<br>dbruce@holtzmanvogel.com<br>15405 John Marshall Hwy<br>Haymarket, VA 20169<br>T. 202.737.8808<br><br>**NATIONAL JEWISH ADVOCACY CENTER**<br>MARK GOLDFEDER*<br>mark@jewishadvocacycenter.org<br>BEN SCHLAGER*<br>ben@jewishadvocacycenter.org<br>ANAT BECK*<br>Anat@jewishadvocacycenter.org<br>National Jewish Advocacy Center, Inc.<br>International Legal Forum<br>1718 General George Patton Drive<br>Brentwood, TN 37027<br>T. (800) 269-9895 |

**Certificate of Service**

      I hereby certify that on November 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      */s/ Jason Torchinsky*
JASON TORCHINSKY
Va. Bar No. 47481
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC**
2300 N. Street NW, Suite 643
Washington D.C. 20037
T. 202.737.8808
jtorchinsky@holtzmanvogel.com

*Counsel for Plaintiffs*

3