FILED: November 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2366
(1:24-cv-00724-RDA-IDD)

_____

MAYA PARIZER; ADIN GESS; NOACH NEWMAN; NATALIE SANANDAJI; YONI DILLER; DAVID BROMBERG; LIOR BAR OR; ARIEL EIN-GAL; HAGAR ALMOG

      Plaintiffs - Appellants

v.

AJP EDUCATIONAL FOUNDATION INC., a/k/a American Muslims for Palestine; NATIONAL STUDENTS FOR JUSTICE IN PALESTINE; WESPAC FOUNDATION; HATEM BAZIAN; OSAMA ABUIRSHAID; TAHER HERZALLAH; ZAREFAH BAROUD

      Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:24-cv-00724-RDA-IDD |
| Date notice of appeal filed in originating court: | 11/07/2025 |
| Appellants | Hagar Almog, Lior Bar Or, David Bromberg, Yoni Diller, Ariel Ein-Gal, Adin Gess, Noach Newman, Maya Parizer, Natalie Sanandaji |

| | |
|---|---|
| Appellate Case Number | 25-2366 |
| Case Manager | A. Walker<br>804-916-2702 |

Case 1:24-cv-00724-RDA-IDD   Document 167   Filed 11/13/25   Page 2 of 2 PageID# 1470

| | |
|---|---|
| Appellate Case Number | 25-2366 |
| Case Manager | A. Walker |